PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED

FEB 0 2 2007

# UNITED STATES DISTRICT COURT

FOR THE

## NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

Melvin Mathis

Crim. No. 3:97CR00083-002

On _____January 28, 1998_____ the above named was placed on supervision for a period of _five_ years. The supervisee has complied with the rules and regulations and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

_Rose Sharefield_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervisee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _1st_ day of _February_, 20 _07_.

United States District Judge